IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIS & ASSOCIATES GROOVING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ERIC G. DOLTZ, et al. | : | NO. 02-4625 |

O R D E R

AND NOW, this 2nd day of August, 2002, in accordance with Local Civil Rule 40.1(c)(2), it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable R. Barclay Surrick to the calendar of the Honorable Ronald L. Buckwalter as related to Civil Action No. 01-cv-5458.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____

MICHAEL E. KUNZ
Clerk of Court