IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIS & ASSOCIATES | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-4625 |
| | : | |
| ERIC G. DOLTZ | | |

### ORDER

AND NOW, this 7th of AUGUST, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Ronald L. Buckwalter to the Honorable Michael M. Baylson, as related to Civil Action No. 01-5458.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court