IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLTZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 01-cv-5458 |
| HARRIS & ASSOCIATES, et al. | : | |

| | | |
|---|---|---|
| HARRIS & ASSOCIATES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-4625 |
| DOLTZ | : | |

**ORDER**

AND NOW, this     day of October, 2002, following a pretrial telephone conference with counsel, it is ORDERED as follows:

1. Plaintiff's Motion for Sanctions is withdrawn.

2. All of the dates in the Scheduling Order dated August 16, 2002 are extended for thirty days.

3. Counsel shall report to the Court on the status of their settlement discussions as of December 2, 2002.

BY THE COURT:

Michael M. Baylson, U.S.D.J.

O:\Orders\Doltz v. Harris 01-5458 - extending scheduling order.wpd