IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOLTZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 01-cv-5458 |
| HARRIS & ASSOCIATES, et al. | : | |

| | | |
|---|---|---|
| HARRIS & ASSOCIATES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-4625 |
| DOLTZ | : | |

## SECOND AMENDED SCHEDULING ORDER

AND NOW, this        day of January, 2003, following a telephonic conference with counsel, the dates in the Amended Scheduling Order of November 27, 2002 are extended for an additional two (2) weeks.

BY THE COURT:

_____
Michael M. Baylson, J

cc   Michael McCaney, Esq. (fax)
     Harris & Assoc. (mail)
     John K. Baker, Esq. (fax)
     Ronald Morton, Esq. (mail)
     James Telepman, Esq. (mail)

O:\Scheduling Orders\Doltz v. Harris 01-5458; 02-4625 - Second Amended Scheduling Order.wpd